15496.   FAIRBURN AND ATLANTA RAILWAY & ELECTRIC CO.
*v.* COOK.

BROYLES, C. J. This case is controlled by the decision this day rendered in *Fairburn & Atlanta Railway & Electric Co.* v. *Hale* (No. 15497), ante, 412.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*